UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

IN RE:

PARKER, DEAN DOUGLAS
PARKER, RONDA

Case No. 05-24009
Chapter 7
HON. DANIEL S. OPPERMAN

Debtor(s),
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN U.S. REGISTRY

NOW COMES Daniel C. Himmelspach, Trustee, pursuant to Code Section 347 and Bankruptcy Rule 3010, and states that he currently has funds in the amount of $48,917.49 for deposit in the U. S. Registry as evidenced by the attached check number 140, made payable to U. S. Bankruptcy Court.

The basis for payment of said funds to the U. S. Registry is unclaimed on funds on behalf of the following debtors:

| | | |
|---|---|---:|
| 1. | VERIZON NORTH (Claim 4) | $ 108.35 |
| 2. | HUNTINGTON BANK (Claim 5) | 966.78 |
| 3. | CHASE BANK USA (Claim 11) | 286.66 |
| 4. | LASALLE BANK, NA (Claim 14) | 47,555.70 |
| | | **$ 48,917.49** |

Dated: May 12, 2010

/s/ DANIEL C. HIMMELSPACH
DANIEL C. HIMMELSPACH (P31950)
Chapter 7 Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspach@gmail.com